

DR. BRIAN L. MAHER, COMMISSIONER

TEL    402.471.2295
FAX    402.471.0117

P.O. Box 94987
Lincoln, NE 68509-4987

education.ne.gov

> **EXHIBIT**
>
> **B**

# Memo

To:      Nebraska School District Administrators and Special Education Directors

From:    Nebraska Department of Education, Office of Special Education

CC:      Commissioner Maher, Deputy Commissioner Frison, Deputy Commissioner Stavem

Date:    8/5/25

Re:  Applicability of Due Process Decision in _____ *v. Papillion La Vista Community Schools*, NDE Case No. 24-01 SE

The Nebraska Department of Education (NDE) is aware of the recent due process decision in the matter of _____ *v. Papillion La Vista Community Schools*, Nebraska Department of Education Case No. 24-01 SE.

It is NDE's position that the hearing officer's findings in this case apply only to the individual circumstances of that case and are not binding precedent for other districts or cases. Due process hearing decisions are limited in scope and do not establish legal standards applicable statewide.

Pursuant to Nebraska Revised Statute § 79-1117, a "child with a disability" is defined as:

"...any person having a disability listed in section 79-1118.01 that has been verified pursuant to sections 79-1137 to 79-1139 from the date of such verification until he or she is twenty-one years of age or, if his or her twenty-first birthday occurs during a school year, until the end of such school year."

Unless and until this statute is invalidated by a ruling from the Nebraska Supreme Court, the Eighth Circuit Court of Appeals, or the U.S. Supreme Court, the Nebraska Department of Education will not issue guidance that contradicts its requirements.

Therefore, NDE guidance on this subject remains unchanged.

If you have specific questions regarding this decision or its implications, we encourage you to consult your legal counsel.